Joshua Thomas, Esq.
Attorney ID: 003992012
225 Wilmington-West Chester Pike
Suite 200
Chadds Ford, PA 19317
Tel. (215) 806-1733
Fax: 888-314-8910
JoshuaLThomas@gmail.com
*Attorneys for Plaintiff*

| | |
|---|---|
| CARY W. DRAKE,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>WELLS FARGO BANK N.A., et al.<br><br><br>　　　　　Defendants. | U.S. District Court<br>District of New Jersey (Newark)<br>CASE #: 2:16-cv-08797-MCA-LDW<br><br><br>*Civil Action* |

## APPEARANCE

I, the undersigned attorney, hereby enter my appearance as trial counsel on behalf of Plaintiff Cary W. Drake.

　　　　　　　　　　　　　　　　　　　　/s/ Joshua Thomas____
　　　　　　　　　　　　　　　　　　　　Joshua Thomas, Esq.
　　　　　　　　　　　　　　　　　　　　Atty ID# 003992012
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

Date: July 12, 2018

## CERTIFICATION

　　　I, the undersigned attorney certify that I served a copy of this on all Defendants.

　　　　　　　　　　　　　　　　　　　　/s/ Joshua Thomas____
　　　　　　　　　　　　　　　　　　　　Joshua Thomas, Esq.