# Joshua L. Thomas & Associates, PLLC

**Joshua L. Thomas, Esq.**
225 Wilmington-West Chester Pike
Suite 200
Chadds Ford, PA 19317
Phone:215-806-1733
Fax: 888-314-8910
E-mail: JoshuaLThomas@gmail.com

July 12, 2018

Magistrate Judge Leda D. Wettre
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re:**     CARY W. DRAKE v. WELLS FARGO BANK N.A., et al.
            **Docket No.:** 2:16-cv-08797-MCA-LDW

Dear Judge Wettre,

I hope this correspondence finds you well. This is to request a further extension to file a Second Amended Complaint for Plaintiff. I am only just now entering the case and as such, I need to review all of the documents that are currently filed, as well as the substantial other pleadings and paperwork Mr. Drake would like to make sure is incorporated in to his Second Amended Complaint. This includes Expert Reports, one of which is not complete yet. As such, I am asking for an additional 60 days in order to submit the updated Complaint/ If you have any questions, please do not hesitate to call at 215-806-1733.

Thank you for your kind consideration,

 /s/ Joshua Thomas_____
Joshua Thomas, Esq.