|  | RETURN OF SERVICE |  |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | | DATE 3/27/2019 |
| NAME OF SERVER (PRINT) Richard Sanfillipo | | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Juan Rivera, Manager at Wells Fargo Bank, N.A. Town Center Way, Livingston, NJ 07039

☐ Returned unexecuted: _____

☑ Other (specify): Juan Rivera: 40s, 5'10", 190 lbs, Black Hair, Hispanic, Glasses

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/28/2019
Date

Signature of Server

PO BOX 25066 Newark, NJ 07102
*Address of Server*

Service on:
Wells Fargo Bank, N.A.
Town Center Way,
Livingston, NJ 07039

Documents Served:
Summons, DECLARATORY RELIEF FOR DAMAGES
BASED UPON FRAUDULENTLY
CREATED MORTGAGE DOCUMENTS
PURSUANT TO PRIMARILY VIOLATIONS
OF 42 U.S.C. §1983 AND 15 U.S.C. §1692

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/27/2019 |
| NAME OF SERVER *(PRINT)* Richard Sanfillipo | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Allison Carrol at Jeremy Doppelt, Esquire
408 Main Street Suite 502
Boonton, NJ 07005

☐ Returned unexecuted: _____

☑ Other (specify): Allison Carroll: White, Female, 40s, 5'3", 130lbs, Blonde Hair
Jeremy Doppelt was present the entire time: White, Male, 50s, 5'10", 170lbs, Bald, Glasses

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/28/2019
Date

Signature of Server

PO BOX 25066 Newark, NJ 07102
*Address of Server*

Service on:
Jeremy Doppelt, Esquire
408 Main Street suite 502
Boonton, NJ 07005

Documents Served:
Summons, DECLARATORY RELIEF FOR DAMAGES
BASED UPON FRAUDULENTLY
CREATED MORTGAGE DOCUMENTS
PURSUANT TO PRIMARILY VIOLATIONS
OF 42 U.S.C. §1983 AND 15 U.S.C. §1692